**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HAMZA GHAITH, Derivatively on Behalf of Nominal Defendant ATI PHYSICAL THERAPY, INC. f/k/a FORTRESS VALUE ACQUISITION CORP. II,<br><br>            Plaintiff,<br><br>v.<br><br>LABEED DIAB, JOSEPH JORDAN, JOHN L. LARSEN, JOHN MALDONADO, CARMINE PETRONE, JOANNE M. BURNS, CHRISTOPHER KRUBERT, JAMES E. PARISI, ANDREW A. MCKNIGHT, JOSHUA A. PACK, AARON F. HOOD, CARMEN A. POLICY, MARC FURSTEIN, LESLEE COWEN, RAFEKET RUSSAK-AMINOACH, and SUNIL GULATI,<br><br>            Defendants,<br><br>            And<br><br>ATI PHYSICAL THERAPY, INC. f/k/a FORTRESS VALUE ACQUISITION CORP. II,<br><br>            Nominal Defendant. | Case No. 1:21-cv-06415<br><br>Judge Sara L. Ellis |

**JOINT STATUS REPORT**

Plaintiff Hamza Ghaith ("Plaintiff"), Nominal Defendant ATI Physical Therapy, Inc. ("ATI" or the "Company") f/k/a Fortress Value Acquisition Corp. II, and Defendants Labeed Diab, Joseph Jordan, John L. Larsen, John Maldonado, Carmine Petrone, Joanne M. Burns, Christopher Krubert, James E. Parisi, Andrew A. McKnight, Joshua A. Pack, Aaron F. Hood, Carmen A. Policy, Marc Furstein, Leslee Cowen, Rakefet Russak-Aminoach, and Sunil Gulati (collectively,

"Defendants," and with Plaintiff and ATI, the "Parties") respectfully submit this Joint Status Report pursuant to the Court's January 31, 2022 docket entry. Dkt. No. 22.

### I. Motion for Reassignment

On February 1, 2022, the Parties jointly moved pursuant to Local Rule 40.4 for an order (a) designating this action as related to *Burbige, et al. v. ATI Physical Therapy, Inc. f/k/a Fortress Value Acquisition Corp. II, et al.*, Case No. 1:21-cv-04349 (the "Securities Class Action"), and (b) reassigning this action to Judge Edmond E. Chang, before whom the Securities Class Action is pending (the "Motion for Reassignment"). *See* Securities Class Action Docket No. 50.

On February 3, 2022, Lead Plaintiffs in the Securities Class Action opposed the Motion for Reassignment. *See* Securities Class Action Docket No. 51.

On February 9, 2022, the Parties filed a joint reply in further support of the Motion for Reassignment. *See* Securities Class Action Docket No. 59.

The Motion for Reassignment remains pending before Judge Chang. *See* Securities Class Action Docket No. 64.

### II. Motion To Stay and/or Dismiss

The Parties are continuing to discuss a potential consensual stay of this action and the parameters of any such stay. Once the Motion for Reassignment has been decided, the Parties will promptly submit either: (a) a joint motion to stay this action; or (b) a briefing schedule for any motion(s) to dismiss the complaint.

Dated: March 22, 2022                        Respectfully submitted,

*/s/ Carl V. Malmstrom*
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
Carl V. Malmstrom
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
Telephone: (312) 984-0000
Fax: (212) 545-4653
malmstrom@whafh.com

*Local Counsel for Plaintiff Hamza Ghaith*

**GLANCY PRONGAY & MURRAY LLP**
Benjamin I. Sachs-Michaels
712 Fifth Avenue
New York, NY 10019
Telephone: (212) 935-7400
Facsimile: (212) 756-3630
bsachsmichaels@glancylaw.com

Robert V. Prongay
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
rprongay@glancylaw.com
prajesh@glancylaw.com

*Counsel for Plaintiff Hamza Ghaith*

Dated: March 22, 2022 /s/ Jason M. Rosenthal

**MUCH SHELIST, P.C.**
Jason M. Rosenthal
191 North Wacker Drive, Suite 1800
Chicago, IL 60606
Telephone: (312) 521-2437
Facsimile: (312) 521-2100
jrosenthal@muchlaw.com

*Local Counsel for Defendants ATI, Labeed Diab, Joseph Jordan, John L. Larsen, John Maldonado, Carmine Petrone, Joanne M. Burns, Christopher Krubert, and James E. Parisi*

**WEIL, GOTSHAL & MANGES LLP**
John A. Neuwirth
Joshua S. Amsel
Stefania D. Venezia
767 Fifth Avenue New York, NY 10153
Telephone: (212) 310-8000
Fax: (212) 310-8007
john.neuwirth@weil.com
joshua.amsel@weil.com
stefania.venezia@weil.com

*Counsel for Defendants ATI, Labeed Diab, Joseph Jordan, John L. Larsen, John Maldonado, Carmine Petrone, Joanne M. Burns, Christopher Krubert, and James E. Parisi*

4

| | |
|---|---|
| Dated: March 22, 2022 | */s/ Charles F. Smith* |
| | **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP** |
| | Charles F. Smith |
| | 155 N. Wacker Drive |
| | Chicago, Illinois 60606 |
| | Tel: (312) 407-0700 |
| | Fax: (312) 407-0411 |
| | charles.smith@skadden.com |
| | |
| | Scott D. Musoff |
| | Michael M. Powell |
| | One Manhattan West |
| | New York, NY 10001 |
| | Telephone: (212) 735-3000 |
| | Fax: (212) 735-2000 |
| | scott.musoff@skadden.com |
| | michael.powell@skadden.com |
| | |
| | *Counsel for Defendants Andrew A. McKnight, Joshua A. Pack, Aaron F. Hood, Carmen A. Policy, Marc Furstein, Leslee Cowen, Rakefet Russak-Aminoach, and Sunil Gulati* |

5